# U.S. District Court
## District of South Carolina (Columbia)
## CIVIL DOCKET FOR CASE #: 3:14−cv−01797−JFA

Johnson et al v. Amazon.com dedc LLC et al  
Assigned to: Honorable Joseph F Anderson, Jr  
Cause: 29:201 Fair Labor Standards Act

Date Filed: 05/02/2014  
Date Terminated: 06/05/2014  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**William Johnson** represented by **Marybeth E Mullaney**  
Mullaney Law  
321 Wingo Way  
Suite 201  
Mount Pleasant, SC 29464  
800−385−8160  
Fax: 800−385−8160  
Email: marybeth@mullaneylaw.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William Clark Tucker**  
Tucker Law Firm  
223 West Main Street  
Suite A  
Charlottesville, VA 22902  
434−979−0049  
Fax: 434−919−0037  
Email: william.tucker@nelsontucker.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrone Fisher** represented by **Marybeth E Mullaney**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William Clark Tucker**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Gunter** represented by **Marybeth E Mullaney**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

        **William Clark Tucker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lester Mayo**      represented by    **Marybeth E Mullaney**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William Clark Tucker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Hope**      represented by    **Marybeth E Mullaney**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William Clark Tucker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latoshia Mack**      represented by    **Marybeth E Mullaney**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William Clark Tucker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Thomas**      represented by    **Marybeth E Mullaney**
*On Behalf of Themselves and Others Similarly*     (See above for address)
*Situated*     *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William Clark Tucker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amazon.com dedc LLC**

**Defendant**

**Amazon Corporate LLC**

**Defendant**

**Amazon Fulfillment Services Inc**

**Defendant**

**SMX LLC**

**Defendant**

**Staff Management Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2014 | Ï 1 | COLLECTIVE ACTION COMPLAINT against Amazon Corporate LLC, Amazon Fulfillment Services Inc, Amazon.com dedc LLC, SMX LLC, Staff Management Inc ( Filing fee $ 400 receipt number 0420–5317397.), filed by Brian Gunter, Tyrone Fisher, William Johnson, Jeffrey Hope, Latoshia Mack, Lester Mayo, Christina Thomas. Service due by 9/5/2014(bshr, ) (Entered: 05/05/2014) |
| 05/02/2014 | Ï 3 | Local Rule 26.01 Answers to Interrogatories by Tyrone Fisher, Brian Gunter, Jeffrey Hope, William Johnson, Latoshia Mack, Lester Mayo, Christina Thomas.(bshr, ) (Entered: 05/05/2014) |
| 05/02/2014 | Ï 4 | Summons Issued as to Amazon Corporate LLC. (bshr, ) (Entered: 05/05/2014) |
| 05/02/2014 | Ï 5 | Summons Issued as to SMX LLC. (bshr, ). Modified on 5/6/2014 to replace summons with corrected version per the request of the filing user(bshr, ). (Entered: 05/05/2014) |
| 05/02/2014 | Ï 6 | Summons Issued as to Staff Management Inc. (bshr, ). Modified on 5/6/2014 to replace summons with corrected version per the request of the filing user(bshr, ). (Entered: 05/05/2014) |
| 05/06/2014 | Ï 8 | Summons Issued as to Amazon.com dedc LLC. (bshr, ) (Entered: 05/06/2014) |
| 05/06/2014 | Ï 9 | Summons Issued as to Amazon Fulfillment Services Inc. (bshr, ) (Entered: 05/06/2014) |
| 06/05/2014 | Ï 10 | Case transferred to Western District of Kentucky per certified copy of Conditional Transfer Order Number CTO–3. The Transferring Clerk's Office hereby attests the record and the docket sheet available through CM/ECF to be the certified list. (Attachments: # 1 CTO–3)(bshr, ) (Entered: 06/05/2014) |